Submitted March 22, reversed November 7, 2012

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MICHELLE WITHNELL,
*Defendant-Appellant.*

Yamhill County Circuit Court
CR080258; A143800

290 P3d 908

Peter Gartlan, Chief Defender, and Jedediah Peterson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Senior Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

**PER CURIAM**

Defendant was convicted of hindering prosecution, ORS 162.325, and challenges the trial court's denial of her motion for judgment of acquittal because the state did not prove the allegations of the indictment. The issue presented here is identical to that in *State v. Hansen*, 253 Or App 407, 290 P3d 847 (2012). Because defendant was tried jointly with the defendant in *Hansen*, the evidentiary record is also identical. For the reasons stated in *Hansen*, the trial court erred by denying defendant's motion for judgment of acquittal.

Reversed.